UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL MOODY,<br><br>            Plaintiff(s),<br>     v.<br><br>LUCIDWORKS INC,<br><br>            Defendant(s). | No. C 14-01058 (MEJ)<br><br>**ORDER PERMITTING DEFENDANT LUCIDWORKS' INSURANCE REPRESENTATIVE TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE** |

This matter is scheduled for a settlement conference on January 9, 2015 at 10:00 a.m. Now before the Court is Defendant Lucidwork's request to allow their insurance representative, Marilou Giovannetti to appear by telephone at the conference. Good cause appearing, the request is **GRANTED**. However, Defendants and their representative, Ms. Giovannetti are hereby advised that, should the case not settle and a further settlement conference be scheduled, **Ms. Giovannetti will be required to appear in person at the further settlement conference, and sanctions may be imposed for failure to comply**.

Ms. Giovannetti shall provide a phone number to Defendant Lucidworks' counsel of record prior to the settlement conference, so that the Court may be able to speak with her when necessary. Ms. Giovannetti shall make herself available until excused by the Court.

**IT IS SO ORDERED.**

Dated: January 7, 2015

_____
Maria-Elena James
United States Magistrate Judge